**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX MALDONADO,<br><br>       Petitioner,<br><br>       v.<br><br>DAVID L. RUNNELS (Warden),<br><br>       Respondent. | No. CV 06-6704-GW(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: August 11, 2010

_____
GEORGE H. WU
United States District Judge